Opinion issued November 20, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00426-CV

———————————

**PAUL SANTIAGO MOODY, Appellant**

**V.**

**HOWARD M. REINER, ADMINISTRATOR OF ESTATE OF
VICTORIANO G. SANTIAGO JR., DECEASED, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1106298**

---

## MEMORANDUM OPINION

Appellant, Paul Santiago Moody, proceeding pro se, has failed to timely file his appellant's brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). On October 31, 2018, the Clerk of this Court notified appellant that his deadline to file his appellant's brief had expired and that his appeal was subject to dismissal for want of prosecution

if he failed to timely file his appellant's brief or an extension within 10 days of the date of that notice. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(1), 42.3(b). Appellant failed to timely file a brief or request an extension. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.